UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

PARCO INTELLIGENT BLDG.,          :
    Plaintiff,                    :
                                  : CASE NO. 3:02CV1902(RNC)
v.                                :
                                  :
PEREY TURNSTILES, INC., ET AL.,   :
    Defendant.                    :

FILED 2004 FEB 13 A 8:15 U.S. DISTRICT COURT HARTFORD, CT.

### ORDER OF DISMISSAL

The plaintiff having failed to file a status report together with a memorandum showing sanctions should not be imposed, as required by the order of September 15, 2003, the court assumes that the plaintiff no longer wishes to pursue this matter and therefore dismisses the case.

If the plaintiff still wants to prosecute the matter, the plaintiff must file a motion to rescind this order on or before March 12, 2004, supported by an affidavit explaining plaintiff's noncompliance with the orders of August 11, 2003, and September 15, 2003. If no such motion is filed, the dismissal will be with prejudice.

So ordered.

Dated at Hartford, Connecticut this day 12th of February 2004.

                                            _____
                                            Robert N. Chatigny
                                            United States District Judge