UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

PARCO INTELLIGENT BUILDING
PROJECT SHENYANG CO., LTD,

 Plaintiff,

v.

PEREY TURNSTILES, INC.,

 Defendant.

2004 MAR 15 P 3: 21

U.S. DISTRICT COURT
HARTFORD, CT.

CASE NO. 3:02CV1902 (RNC)

## REFERRAL TO MAGISTRATE JUDGE

This case is hereby referred to Magistrate Judge Donna F. Martinez for the following:

___   To confer with the parties and enter the scheduling order required by F.R.Civ.P. 16(b) (orefmisc./misc);

___   To supervise discovery and resolve discovery disputes (orefmisc./dscv);

___   A ruling on all pretrial motions except dispositive motions, as permitted by 28 U.S.C. § 636(b)(1)(B) (orefmisc./dscv);

___   To conduct settlement conferences (orefmisc./cnf);

_X_   To conduct a status conference (orefmisc./cnf);

___   To assist the parties in preparing a joint trial memorandum (orefmisc./misc);

___   A ruling on the following pending motions (orefm.): _____

_____
_____

So ordered.

Dated at Hartford, Connecticut this 15th day of March 2004.

Robert N. Chatigny
United States District Judge