UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PARCO INTELLIGENT BUILDING :
PROJECT SHENYANG CO., LTD, :
          :
    Plaintiff, :
          :
    v. : CASE NO. 3:02CV1902 (RNC)
          :
PEREY TURNSTILES, INC., :
          :
    Defendant. :

### NOTICE AND ORDER

On February 13, 2004, Chief Judge Robert N. Chatigny dismissed the plaintiff's case for failure to comply with the court's orders. (Doc. #22.) The court's order of dismissal states in part:

> If the plaintiff still wants to prosecute the matter, the plaintiff must file a motion to rescind this order on or before March 12, 2004, supported by an affidavit explaining plaintiff's noncompliance with the orders of August 11, 2003, and September 15, 2003. If no such motion is filed, the dismissal will be with prejudice.

The plaintiff has filed neither a motion to rescind nor an affidavit.

On March 12, 2004, the court received a letter from Attorney Brian W. Smith of Berchem, Moses & Devlin, P.C. regarding the plaintiff's counsel of record, Attorney Mark J. Rosen. Attorney Smith stated that Attorney Rosen left the firm on June 16, 2003, and that Attorney Rosen has since left the practice of law. He also explained that Attorney Rosen was the only lawyer in the firm who had entered an appearance for the plaintiff and, as a result, the plaintiff is represented by no other attorney in the firm. Additionally, Attorney Smith informed the court that he has been in contact with the plaintiff via Mr. Raymond Liu, an advisor to the

plaintiff's general manager, via electronic mail, and that he has advised Mr. Liu of the orders entered by the court as well as plaintiff's need to obtain new counsel. Finally, Attorney Smith stated that according to Mr. Liu, the plaintiff wishes to pursue its case and would like time to obtain new counsel. On March 15, 2004, Judge Chatigny referred this case to the undersigned for the purpose of conducting a status conference. (Doc. #23.)

It is hereby ORDERED that:

1. The plaintiff's request for time to obtain new counsel is granted. By no later than **April 26, 2004,** new counsel for the plaintiff shall file an appearance.

2. A status conference shall be held in the chambers of the undersigned on **May 14, 2004 at 2:30 p.m.**

3. Attorney Brian W. Smith shall provide the plaintiff with a copy of this Notice and Order.

SO ORDERED at Hartford, Connecticut this 2nd day of April, 2004.

Donna F. Martinez
United States Magistrate Judge