ROBERT L. BERCHEM
MARSHA BELMAN MOSES
MICHAEL P. DEVLIN†
STEPHEN W. STUDER*
RICHARD J. BUTURLA
FLOYD J. DUGAS
KENNETH R. PLUMB
THOMAS GALVIN COTTER
JONATHAN D. BERCHEM°
THOMAS A. CARROLL†
WILLIAM F. CLARK
CAROLYN MAZANEC DUGAS
SUSANNAH STAPLETON EMRA
RICHARD M. HASKELL III
WARREN L. HOLCOMB◊
RACHEL L. KRINSKY
MICHELLE C. LAUBIN†
BRYAN L. LECLERC†
BRIAN A. LEMA
BRIAN W. SMITH
MICHAEL V. VOCALINA

OF COUNSEL
JOHN W. HOGAN, JR.
JOSEPH L. RINI†

# BERCHEM, MOSES & DEVLIN, P.C.
## ATTORNEYS AND COUNSELORS AT LAW

75 BROAD STREET
MILFORD, CONNECTICUT 06460

TELEPHONE (203) 783-1200
FACSIMILE (203) 878-2235
(203) 877-8422
(203) 877-6192

25 HIGH STREET
MILFORD, CT 06460

91 WILLIAM STREET
NEW HAVEN, CT 06511
TELEPHONE (203) 562-9911

BAYVIEW STATION
P.O. BOX 5660
BRIDGEPORT, CT 06610

PLEASE REPLY TO
BRIDGEPORT OFFICE

◊ALSO ADMITTED IN CALIFORNIA
*ALSO ADMITTED IN MASSACHUSETTS
†ALSO ADMITTED IN NEW YORK
°ALSO ADMITTED IN PENNSYLVANIA

**RECEIVED** MAR 12  4 52 PM '04

CHAMBERS
ROBERT N. CHATIGNY
U.S. DISTRICT JUDGE

March 12, 2004

The Honorable Robert M. Chatigny
United states District Court
District of Connecticut
450 Main Street
Hartford, CT 06103

Re:     Parco Intelligent Building Project Shenyang Co, LTD
       v. Perey Turnstiles, Inc.
       Case No.: 3:02 CV 1092 (RNC) [1902]

Dear Judge Chatigny:

This letter is sent to you in response to your order dated February 12, 2004.

The Order was addressed to Mark J. Rosen, an attorney who was with our firm but who left the firm suddenly on June 16, 2003, and who subsequently left the practice of law. His was the only attorney from this office who entered an appearance for the plaintiff. No other attorney from this office has entered an appearance on its behalf.

I contacted Parco via Raymond Liu via email, advising him of the various orders entered by the Court, and advising Parco to obtain new counsel. Mr. Liu sent two emails in response to mine. On February 26, 2004, he indicated that he is an advisor to Mr. Hengwei Li, the General Manager of Parco. Mr. Li indicated that he would like to continue to pursue this matter. Another email dated March 9, 2004 reiterated the desire to continue with the matter, and inquired as to whether or not the Court could grant additional time to allow them to obtain new counsel.

Although no attorney from this office represents the plaintiff in this action, I am forwarding his request for additional time as a courtesy to him or her.

---

Handwritten margin annotation:

Construing the letter as plaintiff's motion for extension of time to obtain new counsel, the motion is GRANTED. By no later than April 16, 2004, plaintiff shall file an appearance. See Notice and Order entered on this date. The Clerk of the Court shall docket this letter.

Donna F. Martinez (?) 3/30/04
U.S.M.J.

Do not hesitate to contact me if you have any questions.

Very truly yours,

BERCHEM, MOSES, & DEVLIN

Brian W. Smith
BWS/cjf
CC: all counsel of record