HONORABLE _D.F. Martinez_
DEPUTY CLERK _R.K. Wood_   RPTR/ERO (TAPE)   Civil (April 12, 2004)

TOTAL TIME: ___ hours _22_ minutes

DATE _5/20/04_   START TIME _4:04 p.m._   END TIME _4:38 p.m._
LUNCH RECESS FROM _____ TO _____
RECESS FROM _4:21 p.m._ TO _4:33 p.m._   (if more than 1/2 hour)

_Parco_   CIVIL NO. _3:02CV1902(RNC)_
§
§   _B. Smith_
§   Plaintiffs Counsel
vs.   §
§   ☐ SEE ATTACHED CALENDAR FOR COUNSEL
_Perey_   §   _D. Friedman_
§   Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

☐ Motion Hearing                    ☐ Show Cause Hearing
☐ Evidentiary Hearing              ☐ Judgment Debtor Exam
☑ Miscellaneous Hearing
(Status conf. on the record)

MOTION
DOCUMENT NO.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☐ | ....  #__ | Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | ....  #__ | Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | ....  #__ | Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | ....  #__ | Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | ....  #__ | Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | ....  #__ | Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | ....  #__ | Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | .... | Oral Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | .... | Oral Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | .... | Oral Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | .... | Oral Motion _____ | ☐ granted | ☐ denied | ☐ advisement |

☐ ........  ☐ Brief(s) due _____  ☐ Proposed Findings due _____  Response due _____

| | | |
|---|---|---|
| ☐ ........ | _____ | ☐ filed ☐ docketed |
| ☐ ........ | _____ | ☐ filed ☐ docketed |
| ☐ ........ | _____ | ☐ filed ☐ docketed |
| ☐ ........ | _____ | ☐ filed ☐ docketed |
| ☐ ........ | _____ | ☐ filed ☐ docketed |
| ☐ ........ | _____ | ☐ filed ☐ docketed |
| ☐ ........ | _____ | ☐ filed ☐ docketed |
| ☐ ........ | _____ | ☐ filed ☐ docketed |
| ☐ ........ | _____ | ☐ filed ☐ docketed |

☐ ........  _____ Hearing continued until _____ at _____